ACCEPTED
04-15-00668-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/29/2015 2:11:07 PM
KEITH HOTTLE
CLERK

No. _____ 04-15-00668-CV

**In the Fourth District Court of Appeals
San Antonio, Texas**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/29/2015 2:11:07 PM

KEITH E. HOTTLE
Clerk

RICHARD FUHRMANN, CHARLES FUHRMANN, II, DEBRA G. FUHRMANN
(F/K/A DEBRA PETTY), AND LANEY CLARE FUHRMANN,
INDEPENDENT EXECUTOR OF THE ESTATE OF CARL IRA
FUHRMANN, JR., DECEASED,
*Appellants,*

v.

DABNEY NOEL PETTY, CHRISTOPHER PETTY AND ELIZABETH PETTY,
IAN MATTHEW PETTY SARGENT, AND FROST BANK,
*Appellees.*

On Appeal from the Probate Court Number One
Bexar County, Texas
Cause No. 140,221

**UNOPPOSED MOTION TO ABATE APPEAL**

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Rachel A. Ekery
State Bar No. 00787424
rekery@adjtlaw.com
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

**ATTORNEYS FOR APPELLANTS**

Appellants Richard Fuhrmann, Charles Fuhrmann, II, Debra G. Fuhrmann (f/k/a Debra Petty), and Laney Clare Fuhrmann, Independent Executor of the Estate of Carl Ira Fuhrmann, Jr., Deceased file this motion to abate the above-styled appeal for 60 days so they may continue to engage in settlement discussions.

The final judgment was signed on July 10, 2015, and the notice of appeal was filed October 7, 2015. The record is due November 9, 2015, and the filing of the record will start the parties' briefing deadlines. Several of the parties have already made substantial progress in reaching a settlement. An additional 60 days is needed to finalize those terms and pursue discussions with the remaining parties. This abatement is not sought for purposes of delay.

Accordingly, Appellants respectfully request that these proceedings be abated for 60 days, until December 28, 2015, including suspension of all current deadlines. If the parties reach a settlement, Appellants will immediately move to lift the abatement and take all steps required to effectuate the settlement. If the parties do not reach a settlement, Appellants will notify the Court promptly—in any event before expiration of the abatement period.

Respectfully submitted,

/s/ Wallace B. Jefferson
Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Rachel A. Ekery
State Bar No. 00787424
rekery@adjtlaw.com
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
Alexander Dubose Jefferson &
Townsend LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Patricia Rouse Vargas
State Bar No. 2043029
pvargas@duncanlaw.com
Michael P. Repp
State Bar No. 24064104
mrepp@duncanlaw.com
DUNCAN, BRESSLER & LIU, INC.
1020 N.E. Loop 410, Suite 500
San Antonio, TX 78209-1224
Telephone: (210) 224-0781
Facsimile:  (210) 224-6958

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

On October 26-28, 2015, I communicated with:

- Christopher Hodge, counsel for Appellees Dabney Noel Petty, Christopher Petty, and Elizabeth Petty;

- Kortney Kloppe-Orton, counsel for Appellee Frost Bank; and

- Russell Aldrich, counsel for Ian Matthew Petty Sargent

concerning this motion to abate, and they stated that their clients do not oppose the relief sought in this motion.

/s/ Amy Warr<br>
Amy Warr

## CERTIFICATE OF SERVICE

On October 29, 2015, I electronically filed this Unopposed Motion to Abate

Appeal with the Clerk of the Court using the eFile.TXCourts.gov electronic filing

system which will send notification of such filing to the following:

Christopher T. Hodge
State Bar No. 24037974
chodge@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600
Facsimile:  (210) 735-6889

*Attorneys for Appellees Dabney
Noel Petty and Christopher Petty
and Elizabeth Petty*

Russell Aldrich
State Bar No. 24078132
russ@aldrichfirm.com
Serena Hanor Aldrich
State Bar No. 24085169
serena@aldrichfirm.com
ALDRICH LAW FIRM, PLLC
909 NE Loop 410, Suite 602
San Antonio, Texas 78209
Telephone: (210) 253-9226
Facsimile:  (210) 598-7221

*Attorneys for Appellee Ian Matthew
Petty Sargent*

Marvin Pipkin
State Bar No. 16026600
mpipkin@pipkinoliver.com
Kortney M. Kloppe-Orton
State Bar No. 00794104
kkloppe@pipkinoliver.com
PIPKIN & OLIVER, L.L.P.
1020 NE Loop 410, #810
San Antonio, Texas 78209
Telephone: (210) 820-0082
Facsimile:  (210) 820-0077

*Attorneys for Appellee, Frost Bank*

/s/ Wallace B. Jefferson
Wallace B. Jefferson

4